UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JUNIOR AMORIM CAMPOS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00140-LEW |
| | ) | |
| DERRICK STAMPER, Chief Patrol | ) | |
| Agent Houlton Sector, U.S. Customs | ) | |
| & Border Patrol, *et al.* | ) | |
| | ) | |
| Respondents | ) | |

## **ORDER**

Petitioner Junior Amorim Campos filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1).  According to the petition, which is not verified, Defendants are detaining Petitioner under circumstances that violate federal law and the Fifth Amendment.

Petitioner is detained in the State of Maine and therefore this Court is the appropriate court to consider his/her habeas petition.  However, because the Petition is not verified, Petitioner's "application" for writ of habeas corpus is incomplete.  *See* 28 U.S.C. § 2242.  Nonetheless, due to the significance of the rights at issue and the litany of recent cases that bear up Petitioner's allegations, and in an exercise of discretion to preserve the Court's jurisdiction over this matter, the Court will maintain the temporary hold on removing Petitioner from the State of Maine until 5:00 p.m. on this date, March 19, 2026.  If a verified petition is filed before that time, the Emergency Order

1

Concerning Stay of Transfer or Removal (see ECF No. 3) will remain in full force and effect.  If not, said Order will be vacated.

SO ORDERED.

Dated this 19th day of March, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge