UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUNIOR AMORIM CAMPOS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil No. 1:26-cv-00140-LEW |
| | ) | |
| DERRICK STAMPER, et al., | ) | |
| | ) | |
| Respondents | ) | |

# JUDGMENT

Pursuant to the Order entered by Chief U.S. District Judge Lance E. Walker, on March 24, 2026;

The Petition for Writ of Habeas Corpus is granted.

Jennifer P. Lyons, Clerk

By: /s/ Stacey Graf
Deputy Clerk

Dated: March 24, 2026